IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS J. BERRIER,** | : | **Civil No. 1:22-CV-131** |
| **Plaintiff** | : | |
| v. | : | |
| **VALLEY PROTEINS, INC.** | : | **Judge Sylvia H. Rambo** |
| **Defendants** | : | |

## ORDER REFERRING CASE TO MEDIATION

Upon the parties' joint request, via email and telephone, that the parties are interested in pursuing mediation, **IT IS HEREBY ORDERED THAT** this case is referred to Joseph Barrett, Esquire, 235 N. Washington Ave, Scranton, PA 18501, Telephone number (570) 207-5662, to conduct settlement negotiations at the convenience of the parties and the court.

 s/Sylvia H. Rambo  
 SYLVIA H. RAMBO  
 United States District Judge

Dated: May 9, 2022